UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHIRLEY CLYMER,

                Plaintiff,

                                   Case Number 13-11838
v.                                 Honorable David M. Lawson
                                 Magistrate Judge Mona K. Majzoub
COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Presently before the Court is the report issued on June 30, 2014 by Magistrate Judge Mona K. Majzoub pursuant to 28 U.S.C. § 636(b), recommending that the Court grant the defendant's motion for summary judgment. Although the report stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt. #10] is **ADOPTED**.

It is further **ORDERED** that the defendant's motion for summary judgment [dkt. #9] is **GRANTED.**

It is further **ORDERED** that the plaintiff's motion for summary judgment [dkt. #8] is

**DENIED.**

It is further **ORDERED** that the plaintiff's complaint [dkt. #1] is **DISMISSED WITH**

**PREJUDICE.**

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:  June 21, 2014

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served
upon each attorney or party of record herein by electronic means or first
class U.S. mail on June 21, 2014.

s/Shawntel Jackson
SHAWNTEL JACKSON

---

-2-